# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re ___Willis, Peggy___,  Case No. __10-15571__
       Debtor

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __50.00__   Check one ☐ With the filing of the petition, or
                          ☑ On or before __4-26-10__
   $ __50.00__   on or before __5-16-10__
   $ __100.00__  on or before __5-30-10__
   $ __99.00__   on or before __6-25-10__

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 0 8 2010
KENNETH S. GARDNER, CLERK
PS REP. - DS

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____   _Peggy Willis_  __4/6/10__
Signature of Attorney        Date          Signature of Debtor   Date
                                          (In a joint case, both spouses must sign.)

_____
Name of Attorney            _____   _____
                            Signature of Joint Debtor (if any)   Date

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

___Jovan S. Gilbert, Paralegal___               ___5343___
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs the document.*

173 Willey St, Gilberts, IL 60136
Address

x _[signature]_                                ___4-6-10___
Signature of Bankruptcy Petition Preparer       Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

In re _Peggy Willis_ ,
          Debtor

Case No. _10-15571_

Chapter _7_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____     Check one  ☐ With the filing of the petition, or
                                                   ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _____

_____
_United States Bankruptcy Judge_

# United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

## *Notice of Deficient Filing*

Date: April 8, 2010

Case Number: 10-15571

Case Name: Peggy Willis

Document title (if Needed): _____

Please be advised that the attached or above described case or document was accepted for filing in a deficient form on: __4-8-10__ . The filing was deficient for the following reason(s):
Date

☐ Insufficient Copies

☐ Required fee did not accompany filing

☐ Documents were not signed

☐ Over 2000 creditors, contact Judge and Clerk of Court

☐ Venue may be deemed improper

☑ Missing required documents (list documents):
Payment dates should not fall on holidays or weekends. The payment dates should be scheduled for 30, 60, 90 and 120 days after filing date which would start April 9th

Other: Attached the amended Application to pay installment fee. Fill out in return to our office. Thank you.

Dornesa D. Sirmons
Deputy Clerk